**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 01-cv-694-REB-BNB

WALTER PRATT,

      Plaintiff,

v.

PETER TEDESCO,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

      The parties have filed a **Stipulated Motion for Dismissal With Prejudice** on

June 23, 2005.  After careful review of the motion and the file, the court has concluded

that the motion should be granted and this action be dismissed with prejudice.

      **THEREFORE IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion for Dismissal With Prejudice**, filed on June 23,

2005, is **GRANTED**;

      2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their

own attorney fees and costs; and

      3.  That any pending motion is **DENIED** as moot.

      Dated this 24th day of June, 2005, at Denver, Colorado.

                             BY THE COURT:


                             s/Robert E. Blackburn_____
                             Robert E. Blackburn
                             United States District Judge